# EXHIBIT G

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*  　　　　　　　　　　*950 Pennsylvania Ave, N.W.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Washington DC 20530*

**September 8, 2025**

**VIA ELECTRONIC MAIL ONLY**

Robert K. Hur
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006

　　Re:　Harvard Medical School Response to United States April 11, 2025 Request for Information

Dear Mr. Hur:

　　On April 11, 2025, the Civil Rights Division of the U.S. Department of Justice opened a compliance review into Harvard Medical School (HMS). As part of the review, the Department requested that HMS provide admissions, scholarship, financial assistance, and benefits documents and information to determine whether HMS is in compliance with the Supreme Court's decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181 (2023), Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq., and the Equal Protection Clause of the United States Constitution, U.S. Const. Amend. XIV, § 1. On May 16, 2025, HMS provided an initial Response to the United States' April 11, 2025 inquiry ("Inquiry").[1] HMS provided additional information to supplement its Response on May 30, 2025.[2]

　　The documents provided thus far fail to answer the United States' requests set forth in the Inquiry. Specifically, the Inquiry requested "any and all documents guiding medical school admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants," and "all admissions data for the past five academic years, including applicant test scores (MCAT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity." In response, HMS provided its guidelines and instructional material provided to its admissions personnel,[3] and aggregated admissions data dating back to 2020.[4]

　　The aggregated admissions data includes demographic statistics of its admissions pools and incoming classes as a whole. However, HMS necessarily uses individual-level applicant data to process its applicant pools and select applicants for admission. Accordingly, HMS's failure to provide individual-level applicant data fails to satisfy the United States' request for "all admissions data for the past five academic years." Moreover, HMS' document production clearly omits

---

[1] HRVD-CRTHMS-000000001 through HRVD-CRTHMS-000000183
[2] HRVD-CRTHMS-000000184 through HRVD-CRTHMS-000000779
[3] E.g. HRVD-CRTHMS-000000683
[4] E.g. HRVD-CRTHMS-000000103

1

"applicant test scores (MCAT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity."

HMS has also failed to produce "any and all documents guiding medical school admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants." For example, HMS is accredited by the Liaison Committee on Medical Education (LCME), which prior to 2025 required "the use of programs and/or partnerships aimed at achieving diversity among qualified applicants for medical school admission" as a condition of accreditation. Thus, any correspondence concerning conformance to such accreditation standards as it relates to admissions policy should have been produced by HMS.

HMS has not fully cooperated with the Department's compliance review. The United States may pursue legal action to compel HMS to provide the requested information. To further the Department's compliance review before further action, we again request individual-level application, admission, and enrollment data for all HMS applicants. We also request additional information concerning HMS's admissions policy. Attached to this letter is a request for information for individual applicant and student information and records, and correspondences and other documents relating to HMS's admissions policy. The individual-level applicant data should be provided in a searchable electronic database or dataset format (such as Excel). We request that correspondences and documents be provided in a searchable electronic format. The additional information we request is described in detail in the attached Request for Information.

Please send the requested information by September 29, 2025, to avoid the need for enforcement action.

Again, we recognize that some of the requested information contains student information protected under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. Please be advised that the Department is authorized under 34 C.F.R. § 99.31(a)(3)(ii) to obtain such information without prior consent for the purpose of enforcing federal legal requirements, including Title VI. Any information disclosed pursuant to this request will be used solely for compliance review purposes and maintained in accordance with applicable federal confidentiality requirements.

If you have any questions as to formatting or the process for production, please contact Brian L. Repper at brian.repper@usdoj.gov or (771) 202-1494.

Regards,

*Jeffrey Morrison*

Jeffrey Morrison
Acting Chief
Educational Opportunities Section
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE

Attachment

2

**TITLE VI ADMISSIONS**

**REQUEST FOR INFORMATION FROM HARVARD MEDICAL SCHOOL**

I.    Admissions Data

The United States requests the individual-level application, admission, and enrollment data for each Harvard Medical School (HMS) applicant, by program, in a searchable, electronic spreadsheet. This data should include all applications for incoming classes starting in 2019, 2020, 2021, 2022, 2023, 2024, and 2025. Please also include a data dictionary that identifies the variables in this requested database, including names of variables, definitions of variables, definitions of the possible values of these variables, and an explanation of how missing values are coded and/or processed.

This data shall include, for each applicant:

1. A unique applicant identifier.
2. All demographic information collected or inferred, including, gender/sex, date of birth, citizenship status, status, first generation college status, disability status, veteran status, and any other demographic categories considered when evaluating an applicant for admission.
3. Information about applicants' race/ethnicity
4. International student status. Please identify whether the student met the requirement of studying in the U.S. or Canada for at least one year at an accredited institution and during this time, completed the necessary course requirements. Also indicate that the student met the fluency in English expectation.
5. Is the applicant currently enrolled in another medical school.
6. How many times has the applicant applied to HMS?
7. Is the applicant participating in the NIH Graduate Partnership Program? If so, what year does that program start?
8. The application cycle year.
9. The program(s) applied to at HMS, including the HST program and Pathways Program. In addition, please identify whether the applicant applied for combination degree programs (e.g., MD-PhD, MD-MPP, MD-MBA, MD-MS).
10. The admissions determination for the applicant, including whether the applicant was admitted, denied, waitlisted, and/or matriculated. Please also include any other admissions outcomes relevant to the process (e.g., incomplete application, withdrew).
11. Indicate whether the applicant disclosed felonies, misdemeanors, and institutional actions on their applications.
12. Applicant's legacy treatment, including the relation of the legacy alumni to the applicant, and any donations by the alumni.
13. Donor relationship status (e.g. family donation history, development office flagging).

14. Faculty/staff relationship status (whether the applicant is a child of medical school faculty/staff, hospital employees).
15. Economic indicators (e.g. Disadvantaged indicator, SES category, low-income predictor, financial need assessment, fee assistance, work-study eligibility, family income brackets, Pell Grant status). Please also explain which economic indicators are considered in the admissions process and whether any calculated measures of disadvantage are created for this process.
16. The applicant's parent education level.
17. Geographic information, including the applicant's current and former state and zip code of residence.
18. Whether the applicant met HMS's prerequisite requirements and encouraged courses. Also please indicate whether that impacted the admissions decision.
19. Undergraduate GPA and hours (cumulative, science GPA, non-science GPA, including any adjustments or weighting the medical school implements).
20. Undergraduate class rank and size.
21. Whether the applicant was enrolled in and/or completed post-graduate program (e.g. a master's or PhD), GPA and hours for any such program (cumulative, science GPA, non-science GPA, including any adjustments or weighting the medical school implements), class rank and class size for any such program, and racial/ethnic composition of any such program. Please also indicate whether the candidate can complete these advanced degrees prior to matriculation at HMS.
22. Identify whether the applicant met the prerequisites required for HMS. If there were deficiencies in applicants' prerequisites, please identify those deficiencies.
23. All standardized test scores and percentages (MCAT scores overall and by section and total, GRE scores if applicable, any retake scores). Please also include the date of the standardized test.
24. The applicant's inclusion on a preferred applicant list (e.g. a "Dean's List"), or other VIP or special interest designation, and the reason(s) for being categorized as such.
25. Research experience (duration, type, publications, presentations, research ratings).
26. Clinical experience (hours, settings, direct patient contact, clinical exposure ratings).
27. Volunteer activities (community service, healthcare-related volunteer work, international service).
28. Leadership experience (positions, duration, impact assessments).
29. Paid Employment history (position, number of hours worked, responsibilities).
30. Other Impactful Experiences from the Harvard Secondary Application.
31. All internal ratings of each applicant including but not limited to: academic achievement rating, MCAT performance rating, research experience rating clinical experience rating, community service rating, leadership rating, personal statement rating, overall candidate rating, letters of

      recommendation rating, and interview performance rating from each interviewer and any combined scores.
32. Any other numerical or categorical ratings produced for the applicant.
33. Financial aid offered and accepted (e.g. scholarships, loans, work-study, total aid packages).
34. All "Holistic Review" factors and ratings for the applicant.
35. "Distance Traveled" rating for the applicant, and applicant adversities impacting the "Distance Traveled" rating.
36. Final evaluation for the applicant.
37. USMLE Step 1 performance.
38. The final analysis justifying the admissions decision.

The United States further requests the following information (in a searchable electronic format), for the application pools of 2019-2025:

39. All documents referring or relating to how the information in items 1-38 above was used to make the admission decisions for each applicant.
40. All documents referring or relating to feeder school relationships and historical admission patterns.
41. All documents referring or relating to regional medical education pipeline data.
42. All documents referring or relating to artificial intelligence (AI), algorithmic, or automated screening tools used in the admissions process.
43. All documents referring or relating to racial/ethnic composition of the undergraduate programs attended by applicants, and prestige rankings or classifications for the undergraduate institution.
44. All documents referring or relating to a preferred applicant list (e.g. a "Dean's List"), or other VIP or special interest designation.
45. All documents referring or relating to legacy and/or admissions practices.
46. All documents referring or relating to geographic information of applicants, including racial/ethnic composition of applicant's high school; racial/ethnic composition of applicant's zip code(s); and census block demographic data, and how such information is used in the admissions decision process.
47. All documents referring or relating to the use of economic indicators to make admissions decisions.
48. All documents referring or relating to diversity, equity, inclusion (DEI)[1] policies for admissions.
49. The reader guide for screeners and interviewers to assign scores to applicant materials.

---

[1] DEI as used herein refers to Diversity, Equity, and/or Inclusion initiatives and programs, but also encompasses similar initiatives and programs under different names, such as "Inclusion and Belonging," "Talent and Culture," "Equal Opportunity," "Fairness," etc...

II. <u>HMS Admissions Policy</u>

The United States requests documents dated from January 1, 2018, to present referring or relating to HMS's Admissions policies, in a searchable electronic format. These documents shall include:

1. All internal correspondences referring or relating to the use of race and/or ethnicity in admissions to HMS, and/or the *SFFA* Supreme Court Decision.[2]
2. All internal correspondences referring or relating to DEI in admissions to HMS, and/or the *SFFA* Supreme Court Decision.
3. All internal correspondences referring or relating to admissions policy changes in response to the *SFFA* Decision.
4. All correspondences to and from accrediting bodies (including but not limited to, the Liaison Committee on Medical Education (LCME)) referring or relating to using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
5. All internal and external correspondences referring or relating to pre-*SFFA* LCME Standard 3.3.
6. All correspondences to and from non-profit or non-governmental organizations (including, but not limited to: the Association of American Medical Colleges (AAMC), Student National Medical Association (SNMA), Association of Native American Medical Students (ANAMS), the National Medical Association (NMA), and the Latino Medical Student Association (LMSA)) referring or relating to using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
7. All correspondences to and from donors of HMS referring or relating to using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
8. All correspondences to and from medical school ranking publications (including, but not limited to, *U.S. News and World Report*) referring or relating to using race and/or ethnicity as a factor in admissions, including information used by those publications to rate HMS's student body diversity.
9. All correspondences to and from grant issuing organizations (private and public, including but not limited to the National Institutes of Health (NIH)) referring or relating to DEI and admissions, using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
10. All correspondences to and from pharmaceutical companies (e.g. Pfizer, GSK) referring or relating to DEI and admissions, using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.

---

[2] ***Students for Fair Admissions v. Harvard***, 600 U.S. 181 (2023)

11. All documents referring or relating to the impact of HMS admissions policies on Environmental, Social, and Governance (ESG) ratings of HMS or other institutions affiliated with HMS (e.g. donors, grantors, etc...), and/or any modifications to admissions policies for ESG reasons.
12. All documents referring or relating to complaints received by HMS from admissions reviewers or any member of the admissions team, referring or relating to DEI, or using race, ethnicity, or other demographic information as factors in admissions.