# EXHIBIT J

**Morrison, Jeffrey (CRT)**

**From:** Morrison, Jeffrey (CRT)
**Sent:** Wednesday, October 1, 2025 10:53 AM
**To:** Robert Hur
**Subject:** RE: Chat tomorrow?

Rob,

We agree to an extension of the Harvard College admissions request until October 10th.

Jeff

**From:** Robert Hur <RHur@kslaw.com>
**Sent:** Monday, September 29, 2025 11:59 AM
**To:** Morrison, Jeffrey (CRT) <Jeffrey.Morrison@usdoj.gov>
**Subject:** [EXTERNAL] RE: Chat tomorrow?

Hi Jeff,

I hope you had a good weekend. While I don't agree with the characterizations in your e-mail, we'll endeavor to make a further production by October 10 in response to your letter regarding Harvard Medical School, consistent with our ongoing efforts to engage constructively with you and to cooperate with your review.

Also, for the reasons we discussed, including the upcoming Jewish high holidays, I'd be grateful for a corresponding extension to respond to your letter regarding Harvard College, which would be to October 17. Thank you for your consideration.

Best,
Rob

**From:** Morrison, Jeffrey (CRT) <Jeffrey.Morrison@usdoj.gov>
**Sent:** Friday, September 26, 2025 6:49 PM
**To:** Robert Hur <RHur@kslaw.com>
**Subject:** RE: Chat tomorrow?

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Robert,

Your email does not correctly characterize our discussion.

This afternoon, you asked for an extension for Harvard to respond to the United States' September 8, 2025, letter. That letter was the United States' *second* letter requesting admissions data related to Harvard's Medical School. The letter requested the information by this Monday, September 29th. The United States made its first request for admissions data about the medical school on April 11, 2025. As outlined in our September 8th letter, despite having ample time to gather and provide the United

1