# EXHIBIT B



# Department of Justice (DOJ)

## Office of Justice Programs

National Institute of Justice

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | HARVARD COLLEGE PRESIDENT & FELLOWS OF<br>677 HUNTINGTON AVE |
| **City, State and Zip:** | BOSTON, MA 02115 |
| **Recipient UEI:** | UNVDZNFA8R29 |

| | |
|---|---|
| **Project Title:** Evaluating Processes and Outcomes of Housing Models for Victims of Human Trafficking | **Award Number:** 15PNIJ-23-GK-01928-HT |

**Solicitation Title:** NIJ FY23 Research and Evaluation on Trafficking in Persons

| | |
|---|---|
| **Federal Award Amount:** $654,195.00 | **Federal Award Date:** 9/14/23 |

| | |
|---|---|
| **Awarding Agency:** | Office of Justice Programs<br>National Institute of Justice |
| **Funding Instrument Type:** | CA |

**Opportunity Category:** D
**Assistance Listing:**
16.320 - Services for Trafficking Victims

| | |
|---|---|
| **Project Period Start Date:** 1/1/24 | **Project Period End Date:** 12/31/26 |
| **Budget Period Start Date:** 1/1/24 | **Budget Period End Date**: 12/31/26 |

**Project Description:**

## Abstract

The Community Safety Evaluation Lab (C-SEL) at the Harvard T.H. Chan School of Public Health in collaboration with a network of community-based organization providing services to victims of human trafficking, will work on a project entitled *"Evaluating Processes and Outcomes of Housing Models for Victims of Human Trafficking".* This project emerges from the fact that safe and stable housing is a protective factor as well as a critical resource for survivors of human trafficking as they exit their situation of exploitation and start their journey towards healing. Community-based organizations delivering services to victims of human trafficking rely on a variety of models and resources to address homelessness. The models range from emergency homeless shelters to meet the immediate needs of survivors, to longer term safe housing options designed to allow survivors to concentrate on their healing process, including the mental health aspects of such progress and risk of falling into situations of re-exploitation.  This proposal aims to gather a better understanding of available homelessness services for victims of human trafficking, challenges experienced by community-based organizations developing such services, and examples of best practices in the provision of housing to this population based on the experience of human trafficking survivors as well as service providers. Specific project objectives are: 1) To describe and map the types of housing models and services for victims of human trafficking available at the national level; 2) To identify and achieve consensus on the most appropriate housing models and services for different types of victims of human trafficking; 3) To conduct a process and outcome evaluation of specific housing models and services for victims of human trafficking delivered by community-based organizations; 4) To develop policy recommendations and practice guidelines for the delivery of housing services for victims of human trafficking. The project aims to achieve an in depth understanding of best models to protect victims of human trafficking

experiencing homelessness and provide better guidance for organizations who are at different stage of development of such services as well as policy makers who are working on initiatives addressing human trafficking and homelessness in various parts of the country.

Award Information

**Application Number**
GRANT13866643

**Funding Instrument Type:**
CA

**Award Number**
15PNIJ-23-GK-01928-HT

**Supplement Number**
00

**Award Acceptance Date**
11/03/2023 01:15 PM EDT

| Assistance Listings Number | Assistance Listings Program Title |
| --- | --- |
| 16.320 | Services for Trafficking Victims |

| Statutory Authority |
| --- |
| 22 U.S.C. 7105(b)(2) ; 34 U.S.C. 20705 |

**Current Authorized Representative**

**Title of Authorized Representative**

**Name of Authorized Representative**

Wendy Chan

**Solicitation Information**

**Solicitation Title**

2023 NIJ FY23 Research and Evaluation on Trafficking in Persons

**Project Title**

Evaluating Processes and Outcomes of Housing Models for Victims of Human Trafficking

**Project Description**

**Abstract**

The Community Safety Evaluation Lab (C-SEL) at the Harvard T.H. Chan School of Public Health in collaboration with a network of community-based organization providing services to victims of human trafficking, will work on a project entitled *"Evaluating Processes and Outcomes of Housing Models for Victims of Human Trafficking".* This project emerges from the fact that safe and stable housing is a protective factor as well as a critical resource for survivors of human trafficking as they exit their situation of exploitation and start their journey towards healing. Community-based organizations delivering services to victims of human trafficking rely on a variety of models and resources to address homelessness. The models range from emergency homeless shelters to meet the immediate needs of survivors, to longer term safe housing options designed to allow survivors to concentrate on their healing process, including the mental health aspects of such progress and risk of falling into situations of re-exploitation.  This proposal aims to gather a better understanding of available homelessness services for victims of human trafficking, challenges experienced by community-based organizations developing such services, and examples of best practices in the provision of housing to this population based on the experience of human trafficking survivors as well as service providers. Specific project objectives are: 1) To describe and map the types of housing models and services for victims of human trafficking available at the national level; 2) To identify and achieve consensus on the most appropriate housing models and services for different types of victims of human trafficking; 3) To conduct a process and outcome evaluation of specific housing models and services for victims of human trafficking delivered by community-based organizations; 4) To develop policy recommendations and practice guidelines for the delivery of housing services for victims of human trafficking. The project aims to achieve an in depth understanding of best models to protect victims of human trafficking experiencing homelessness and provide better guidance for organizations who are at different stage of development of such services as well as policy makers who are working on initiatives addressing human trafficking and homelessness in various parts of the country.

**Project Budget Summary**

Final Budget Clearance

| | Year1 | Year2 | Total |
|---|---|---|---|
| Personnel | $121,946 | $125,290 | $247,236 |
| Fringe Benefits | $26,457 | $27,180 | $53,637 |
| Travel | $15,151 | $16,570 | $31,721 |
| Equipment | $0 | $0 | $0 |
| Supplies | $156 | $500 | $656 |
| Construction | $0 | $0 | $0 |
| SubAwards | $0 | $0 | $0 |
| Procurement Contracts | $87,662 | $98,290 | $185,952 |
| Other Costs | $0 | $0 | $0 |
| Total Direct Costs | $251,372 | $267,830 | $519,202 |
| Indirect Costs | $65,357 | $69,636 | $134,993 |
| **Total Project Costs** | $316,729 | $337,466 | $654,195 |
| | | | |
| **Federal** | $316,729 | $337,466 | $654,195 |
| **Non-Federal** | $0 | $0 | $0 |

## Budget Totals

| | Total | Percentage |
|---|---|---|
| **Total Project Cost** | $654,195 | |
| **Federal Funds** | $654,195 | 100.00% |
| **Non-Federal Amount** | $0 | 0.00% |
| Match Amount | $0 | 0.00% |
| Program Income | $0 | 0.00% |

## Budget Detail Summary View

## Personnel

### Year 1

| | Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Elena Savoia | PI | $192,033.81 | Y | 1.00 | 25.00% | $48,008.45 | no value | $48,008.45 |
| 2 | Marcia Testa | Co-Investigator | $212,100.00 | Y | 1.00 | 5.00% | $10,605.00 | no value | $10,605.00 |
| 3 | Rachael Piltch-Loeb | Co-Investigator | $131,302.01 | Y | 1.00 | 25.00% | $32,825.50 | no value | $32,825.50 |
| 4 | Alberto Montrond | Fellow | $91,125.92 | Y | 1.00 | 25.00% | $22,781.48 | no value | $22,781.48 |
| 5 | TBD | Temporary-Research Assistant | $15,450.49 | Y | 1.00 | 50.00% | $7,725.25 | no value | $7,725.24 |

Personnel Total Cost

$121,946

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$121,946

Additional Narrative

Personnel Elena Savoia, Harvard T.H. Chan School of Public Health, PI (25% FTE or 2.4 academic calendar person months per year) – Dr. Savoia is Principal Scientist in Biostatistics at the Harvard T.H. Chan School of Public Health, she is a medical doctor by training, specialized in public health and quantitative methods. She has over 20 years of experience in public health, systems research, and six years of experience in evaluation of community safety programs. Dr. Savoia will direct and supervise the project. She will be responsible for the conceptualization of the evaluation data collection strategies and work closely with the organizations included in the project to develop appropriate evaluation techniques based on the services they provide to victims of human trafficking. She will conduct interviews, analyze data, and develop reports and manuscripts. She will also be the primary point of contact for NIJ and participate in meetings, presentations and calls as needed.   Marcia A. Testa, M.P.H., M.Phil., Ph.D., Co-Investigator (5% FTE or 0.6 calendar months). Dr. Testa will provide senior level support during the refinement of the implementation of the evaluation strategy and provide guidance during the data analysis and interpretation of the results of the evaluation. Dr. Testa is Senior Lecturer in Biostatistics and the co-director of the Harvard Chan School's MPH in Quantitative Methods program. She has over 35 years of experience in applying statistics and evaluation methods in public health. She has been a member of the American Public Health Association since 1982 serving as Statistics Section Councilor, Secretary, Chair, and APHA Governing Councilor. During the past ten years she has also served as a public official in local public health as such she is has practice experience in implementing programs at the community level, many of which use a victim centered approach and sit at the intersection of public health and community safety.   Rachael Piltch-Loeb, PhD, MSPH, Co-Investigator (25% FTE or 2.4 academic calendar person months per year). Dr. Piltch-Loeb is Research Scientist in the Department of Biostatics and will serve as the primary data analyst for the proposed project. She will lead day-to-day project tasks, collaborate with project partners for data collection, and work closely with the other faculty and staff to ensure all deliverables are met. For the proposed project Dr. Piltch-Loeb will also develop survey instruments and be responsible for the analysis of survey data and initial drafts of deliverables. She will also oversee IRB submissions in close collaboration with Dr. Savoia. Alberto Montrond, MA, Fellow (25%% FTE or 2.4 academic calendar person months per year). Mr. Montrond has extensive experience as liason between community-based organizations and the Harvard research team in projects related to community safety that apply a practice-based research and evaluation approach. For this project he will be in charge of facilitating the engagement of the organizations included in the project, plan meetings, conduct site visits to become familiar with the operational structure and services provided by the service providers, and organize the in-person meeting with the organizations engaged in the project during the second year of activities in Boston.   Research Assistants, Student support: – Support for 1 student worker is requested through the project. The student

worker is estimated to work 6 hours per week for 52 weeks for both years at $22 per hour. The student's responsibilities will be to take notes during meetings, format data collection tools (i.e., questionnaires, interview guides), monitor the completion of activities, perform data cleaning once data are gathered, and edit manuscripts and presentation material as needed.

**Year 2**

| | Name | Position | Salary | Rate | Time Worked | Percentage of Time (%) | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Elena Savoia | PI | $197,802.65 | Y | 1.00 | 25.00% | $49,450.66 | no value | $49,450.66 |
| 2 | Marcia Testa | Co-Investigator | $212,100.00 | Y | 1.00 | 5.00% | $10,605.00 | no value | $10,605.00 |
| 3 | Rachael Piltch-Loeb | Co-Investigator | $135,246.42 | Y | 1.00 | 25.00% | $33,811.61 | no value | $33,811.60 |
| 4 | Alberto Montrond | Fellow | $93,863.41 | Y | 1.00 | 25.00% | $23,465.85 | no value | $23,465.85 |
| 5 | TBD | Temporary-Research Assistant | $15,914.64 | Y | 1.00 | 50.00% | $7,957.32 | no value | $7,957.32 |

Personnel Total Cost

$125,290

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$125,290

Additional Narrative

Personnel Elena Savoia, Harvard T.H. Chan School of Public Health, PI (25% FTE or 2.4 academic calendar person months per year) – Dr. Savoia is Principal Scientist in Biostatistics at the Harvard T.H. Chan School of Public Health, she is a medical doctor by training, specialized in public health and quantitative methods. She has over 20 years of experience in public health, systems research, and six years of experience in evaluation of community safety programs. Dr. Savoia will direct and supervise the project. She will be responsible for the conceptualization of the evaluation data collection strategies and work closely with the organizations included in the project to develop appropriate evaluation techniques based on the services they provide to victims of human trafficking. She will conduct interviews, analyze data, and develop reports and manuscripts. She will also be the primary point of contact for NIJ and participate in meetings, presentations and calls as needed.   Marcia A. Testa, M.P.H., M.Phil., Ph.D., Co-Investigator (5% FTE or 0.6 calendar months). Dr. Testa will provide senior level support during the refinement of the implementation of the evaluation strategy and provide guidance during the data analysis and interpretation of the results of the evaluation. Dr. Testa is Senior Lecturer in Biostatistics and the co-director of the Harvard Chan School's MPH in Quantitative Methods program. She has over 35 years of experience in applying statistics and evaluation methods in public health. She has been a member of the American Public Health Association since 1982 serving as Statistics Section Councilor, Secretary, Chair, and APHA Governing Councilor. During the past ten years she has also served as a public official in local public health as such she is has practice experience in implementing programs at the community level, many of which use a victim centered approach and sit at the intersection of public health and community safety.   Rachael Piltch-Loeb, PhD, MSPH, Co-Investigator (25% FTE or 2.4 academic calendar person months per year). Dr. Piltch-Loeb is Research Scientist in the Department of Biostatics and will serve as the primary data analyst for the proposed project. She will lead day-to-day project tasks, collaborate with project partners for data collection, and work closely with the other faculty and staff to ensure all deliverables are met. For the proposed project Dr. Piltch-Loeb will also develop survey instruments and be responsible for the analysis of survey data and initial drafts of deliverables. She will also oversee IRB submissions in close collaboration with Dr. Savoia. Alberto Montrond, MA, Fellow (25%% FTE or 2.4 academic calendar person months per year). Mr. Montrond has extensive experience as liason between community-based organizations and the Harvard research team in projects related to community safety that apply a practice-based research and evaluation approach. For this project he will be in charge of facilitating the engagement of the organizations included in the project, plan meetings, conduct site visits to become familiar with the operational structure and services provided by the service providers, and organize the in-person meeting with the organizations engaged in the project during the second year of activities in Boston.   Research Assistants, Student support: – Support for 1 student worker is requested through the project. The student worker is estimated to work 6 hours per week for 52 weeks for both years at $22 per hour. The student's responsibilities will be to take notes during meetings, format data collection tools (i.e., questionnaires, interview guides), monitor the completion of activities, perform data cleaning once data are gathered, and edit manuscripts and

presentation material as needed.

## Fringe Benefits

### Year 1

| | Name | Base | Rate (%) | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | Elena Savoia | $48,008.45 | 22.5% | $10,801.90 | no value | $10,801.90 |
| 2 | Marcia Testa | $10,605.00 | 22.5% | $2,386.13 | no value | $2,386.13 |
| 3 | Rachel Piltch-Loeb | $32,825.50 | 22.5% | $7,385.74 | no value | $7,385.74 |
| 4 | Alberto Montrond | $22,781.48 | 22.5% | $5,125.83 | no value | $5,125.83 |
| 5 | TBD Temporary-Research Assistant | $7,725.25 | 9.8% | $757.08 | no value | $757.08 |

| Fringe Benefits Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $26,457 | $0 | $26,457 |

Additional Narrative

Fringe benefits Fringe benefits included in the personnel estimates for faculty, exempt, and non-exempt positions were calculated in accordance with the Harvard Treatment of Paid Absences portion of Section II of our rate agreement. Harvard's consolidated fringe benefit rates have been negotiated with DHHS/CAS. On March 2, 2023 DHHS/CAS approved the consolidated rates and instructed Harvard to use these rates pending the official rate agreement. Harvard began using a vacation accrual beginning July 1, 2007. Paid absences for vacation will no longer be claimed as direct charges on federal awards and regular salary will carry a vacation fringe to accrue earned vacation. Rates are calculated as followed.        Position FY24 Approved Faculty 22.5% Exempt 42.2% Non-Exempt 42.2% Post-Doc 22.5% Temporary 9.8%

### Year 2

| | Name | Base | Rate (%) | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | Elena Savoia | $49,450.66 | 22.5% | $11,126.40 | no value | $11,126.40 |
| 2 | Marcia Testa | $10,605.00 | 22.5% | $2,386.13 | no value | $2,386.13 |
| 3 | Rachael Piltch-Loeb | $33,811.60 | 22.5% | $7,607.61 | no value | $7,607.61 |
| 4 | Alberto Montrond | $23,465.85 | 22.5% | $5,279.82 | no value | $5,279.82 |

5  TBD Temporary-Research Assistant      $7,957.32      9.8%          $779.82          no value                                    $779.82

---

| Fringe Benefits Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $27,180 | $0 | $27,180 |

Additional Narrative

Fringe benefits Fringe benefits included in the personnel estimates for faculty, exempt, and non-exempt positions were calculated in accordance with the Harvard Treatment of Paid Absences portion of Section II of our rate agreement. Harvard's consolidated fringe benefit rates have been negotiated with DHHS/CAS. On March 2, 2023 DHHS/CAS approved the consolidated rates and instructed Harvard to use these rates pending the official rate agreement. Harvard began using a vacation accrual beginning July 1, 2007. Paid absences for vacation will no longer be claimed as direct charges on federal awards and regular salary will carry a vacation fringe to accrue earned vacation. Rates are calculated as followed.            Position FY24 Approved Faculty 22.5% Exempt 42.2% Non-Exempt 42.2% Post-Doc 22.5% Temporary 9.8%

**Travel**

**Year 1**

| | Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Meeting to visit with Zoe Ministries | Delaware | Other | N/A | $1,858.50 | 1.00 | 1.00 | 1.00 | $1,858.50 | no value | $1,858.50 |
| 2 | Meeting with Texas Unbound Now | Texas | Other | N/A | $3,926.00 | 1.00 | 1.00 | 1.00 | $3,926.00 | no value | $3,926.00 |
| 3 | Mileage to meet with Health Imperatives | Brockton | Mileage | Mile | $32.750 | 1.00 | 1.00 | 3.00 | $98.25 | no value | $98.25 |
| 4 | Meeting to meet with Harvard team from Texas Unbound | Boston | Other | N/A | $1,482.00 | 1.00 | 1.00 | 1.00 | $1,482.00 | no value | $1,482.00 |
| 5 | Meeting at Harvard to meet with Tennessee Rescue 1 | Boston | Other | N/A | $2,052.00 | 1.00 | 1.00 | 1.00 | $2,052.00 | no value | $2,052.00 |
| 6 | Meeting to meet at Harvard with Zoe Ministries | Boston | Other | N/A | $1,592.00 | 1.00 | 1.00 | 1.00 | $1,592.00 | no value | $1,592.00 |
| 7 | Meeting with Tennessee Rescue 1 | Tennessee | Other | N/A | $4,142.50 | 1.00 | 1.00 | 1.00 | $4,142.50 | no value | $4,142.50 |

Travel Total Cost

$15,151

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$15,151

Additional Narrative

Travel Travel in years 1 & 2 for staff from the Harvard team to visit the community organizations located in Massachusetts, Delaware, Tennessee, and Texas based on federal rates for allowable meals, incidentals, lodging, and mileage. In addition to travel for one person from each organization to come to Boston to attend the in-person meeting. 2 people from Delaware (Zoe Ministries and Salvation Army), 2 people from Tennessee (Rescue Global and United Against Slavery), 1 person from Texas (Unbound Now) and mileage for 1 person from Brockton, MA (Health Imperatives). Mileage for 3 trips to Brockton in MA from Boston to meet with the Health Imperatives team at the mileage rate of 0.66. Airfare, lodging (3 nights) each trip, meals, incidentals, and local transportation for staff of the Harvard team to visit two organizations in Delaware Zoe Ministries and Salvation Army. $3,805.00 Airfare, lodging (2 nights), meals, incidentals, and local transportation for staff of the Harvard team to visit one organization in Tennessee Rescue 1 Global $8,522.00 Airfare, lodging (2 nights), meals, incidentals, and local transportation for staff of the Harvard team to visit one organization in Texas Unbound Now $7,852.00 Travel in year 1 $15,151.25  Travel in year 2: $16,570.25

**Year 2**

| | Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Meeting to visit with Zoe Ministries | Delaware | Other | N/A | $1,947.00 | 1.00 | 1.00 | 1.00 | $1,947.00 | no value | $1,947.00 |
| 2 | Meeting to meet with Harvard team and Texas Unbound | Boston | Other | N/A | $1,325.00 | 1.00 | 1.00 | 1.00 | $1,325.00 | no value | $1,325.00 |
| 3 | Meeting to meet with Harvard team from Tennessee Rescue 1 | Boston | Other | N/A | $2,710.00 | 1.00 | 1.00 | 1.00 | $2,710.00 | no value | $2,710.00 |
| 4 | Meeting to meet with Harvard team from Zoe Ministries | Boston | Other | N/A | $2,250.00 | 1.00 | 1.00 | 1.00 | $2,250.00 | no value | $2,250.00 |
| 5 | Mileage | Brockton | Mileage | Mile | $16.370 | 1.00 | 1.00 | 2.00 | $32.74 | no value | $32.74 |
| 6 | Meeting to meet with Tennessee Rescue 1 | Tennessee | Other | N/A | $4,379.50 | 1.00 | 1.00 | 1.00 | $4,379.50 | no value | $4,379.50 |
| 7 | Meeting to visit with Texas Unbound | Texas | Other | N/A | $3,926.00 | 1.00 | 1.00 | 1.00 | $3,926.00 | no value | $3,926.00 |

Travel Total Cost

$16,570

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$16,570

Additional Narrative

Travel Travel in years 1 & 2 for staff from the Harvard team to visit the community organizations located in Massachusetts, Delaware, Tennessee, and Texas based on federal rates for allowable meals, incidentals, lodging, and mileage. In addition to travel for one person from each organization to come to Boston to attend the in-person meeting. 2 people from Delaware (Zoe Ministries and Salvation Army), 2 people from Tennessee (Rescue Global and United Against Slavery), 1 person from Texas (Unbound Now) and mileage for 1 person from Brockton, MA (Health Imperatives). Mileage for 3 trips to Brockton in MA from Boston to meet with the Health Imperatives team at the mileage rate of 0.66. Airfare, lodging (3 nights) each trip, meals, incidentals, and local transportation for staff of the Harvard team to visit two organizations in Delaware Zoe Ministries and Salvation Army. $3,805.00 Airfare, lodging (2 nights), meals, incidentals, and local transportation for staff of the Harvard team to visit one organization in Tennessee Rescue 1 Global $8,522.00 Airfare, lodging (2 nights), meals, incidentals, and local transportation for staff of the Harvard team to visit one organization in Texas Unbound Now $7,852.00 Travel in year 2: $16,570.25

## Equipment

### Year 1

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|
| No items | | | | | |

Equipment Total Cost

$0

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$0

### Year 2

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|
| No items | | | | | |

Equipment Total Cost

$0

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$0

## Supplies

**Year 1**

| | Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | Transcribe subscription software to transcribe the interviews | 12.00 | $12.99 | $155.88 | no value | $155.88 |

| Supplies Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $156 | $0 | $156 |

Additional Narrative

Supplies Transcribe subscription software to transcribe the interviews for $12.99/month for the first year.   Total year 1: $155.88

**Year 2**

| | Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | Printing costs/meeting supplies | 1.00 | $500.00 | $500.00 | no value | $500.00 |

| Supplies Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $500 | $0 | $500 |

Additional Narrative

Printing costs/meeting supplies for the in-person meeting hosted in year 2, to print slides, papers and any material shared by the organizations that will participate in the meeting. Total year 2: $500.00

**Construction**

**Year 1**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| No items | | | | | | |

| Construction Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $0 | $0 | $0 |

**Year 2**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| No items | | | | | | |

| Construction Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $0 | $0 | $0 |

## SubAwards

### Year 1

| Item | Description | Country | State/U.S. Territory City | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|------|-------------|---------|---------------------------|------------|-------------------------------------|----------------|
| No items | | | | | | |

Subawards Total Cost

$0

Total Non-Federal Amt
(Match or Prog Inc)

$0

Total Federal Amount

$0

### Year 2

| Item | Description | Country | State/U.S. Territory City | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|------|-------------|---------|---------------------------|------------|-------------------------------------|----------------|
| No items | | | | | | |

Subawards Total Cost

$0

Total Non-Federal Amt
(Match or Prog Inc)

$0

Total Federal Amount

$0

## Procurement Contracts

**Year 1**

| | Item | Description | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | United Against Slavery | oversee dissemination efforts, they will develop a strategy in conjunction with an Advisory Board of Survivors | Yes | United States | Tennessee | Morristown | $44,372.25 | no value | $44,372.25 |
| 2 | Zoe Ministries | gather data on the housing solutions for victims | Yes | United States | Delaware | Greenwood | $8,658.00 | no value | $8,658.00 |
| 3 | Unbound Now | gather data on the housing solutions for victims | Yes | United States | Texas | Fort Worth | $8,658.00 | no value | $8,658.00 |
| 4 | Rescue 1 | gather data on the housing solutions for victims | Yes | United States | Tennessee | Brentwood | $8,658.00 | no value | $8,658.00 |
| 5 | Salvation Army | gather data on the housing solutions for victims | Yes | United States | Delaware | Wilmington | $8,658.00 | no value | $8,658.00 |
| 6 | Health Imperatives | gather data on the housing solutions for victims | Yes | United States | Massachusetts | Brockton | $8,658.00 | no value | $8,658.00 |

Procurement Cost

$87,662

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$87,662

Consultant Travel Required

Yes

## Consultant Travel

| Purpose of Travel | Location | Type of Expense | Cost | Duration or Distance | # of Staff | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

Consultant Travel Total Cost

$0

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$0

$0

Procurement Total Cost

$87,662

Total Non-Federal Amt
(Match or Prog Inc)

$0

Total Federal Amount

$87,662

Additional Narrative

Contractual Services   Service Agreements will be created for Evaluation and Dissemination activities.   Evaluation Activities – five organizations delivery housing models for victims of human trafficking will be actively engaged in evaluation efforts through service agreements. They will collaborate with the Harvard team to conduct field data collection efforts to describe the housing options for victims of human trafficking in the communities they serve and implement the evaluation tools designed by the Harvard team to monitor the effectiveness of such models.   Health Imperatives will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Salvation Army will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Rescue 1 Global will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Unbound Now will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Zoe Ministries will work with the Harvard team to gather data on housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conducting of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00 Dissemination Activities: We are requesting special consideration for the dissemination approach which includes the allocation of 19% of the budget to an organization in charge of the dissemination strategy.    United Against Slavery (UAS) will oversee dissemination efforts, they will develop a strategy in conjunction with an Advisory Board of Survivors consisting of six individuals who will provide feedback to the research team during the development of the evaluation activities and identify and implement best mechanisms to disseminate information about the project to the anti-trafficking community, and the research findings via webinars, presentations, and other venues. Total Year 1 & 2- $ 99,372.25 corresponding to 155% of the budget (total cost)

## Year 2

| | Item | Description | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | United Against Slavery | oversee dissemination efforts, they will develop a strategy in conjunction with an Advisory Board of Survivors | Yes | United States | Tennessee | Morristown | $55,000.00 | no value | $55,000.00 |
| 2 | Zoe Ministries | gather data on the housing solutions for victims of human trafficking | Yes | United States | Delaware | Greenwood | $8,658.00 | no value | $8,658.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Unbound Now | gather data on the housing solutions for victims of human trafficking | Yes | United States | Texas | Fort Worth | $8,658.00 | no value | | $8,658.00 |
| 4 | Rescue 1 Global | gather data on the housing solutions for victims of human trafficking | Yes | United States | Tennessee | Brentwood | $8,658.00 | no value | | $8,658.00 |
| 5 | Salvation Army | gather data on the housing solutions for victims of human trafficking | Yes | United States | Delaware | Wilminton | $8,658.00 | no value | | $8,658.00 |
| 6 | Health Imperatives | gather data on the housing solutions for victims of human trafficking | Yes | United States | Massachusetts | Brockton | $8,658.00 | no value | | $8,658.00 |

| Procurement Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $98,290 | $0 | $98,290 |

Consultant Travel Required

Yes

## Consultant Travel

| Purpose of Travel | Location | Type of Expense | Cost | Duration or Distance | # of Staff | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

| Consultant Travel Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $0 | $0 | $0 |

| Procurement Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $98,290 | $0 | $98,290 |

Additional Narrative

Contractual Services   Service Agreements will be created for Evaluation and Dissemination activities.   Evaluation Activities – five organizations delivery housing models for victims of human trafficking will be actively engaged in evaluation efforts through service agreements. They will collaborate with the Harvard team to conduct field data collection efforts to describe the housing options for victims of human trafficking in the communities they serve and implement the evaluation tools designed by the Harvard team to monitor the effectiveness of such models.   Health Imperatives will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description

of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Salvation Army will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Rescue 1 Global will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Unbound Now will work with the Harvard team to gather data on the housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conductions of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00   Zoe Ministries will work with the Harvard team to gather data on housing solutions for victims of human trafficking in their area of service delivery. They will dedicate a person from their team approximately 8 hours a month to data collection efforts. Data collection will include a description of the housing challenges and solutions they have identified, sharing of contacts with the Harvard team for potential interviewees in their areas of service that have worked with the organization to develop such solutions, and conducting of survey and interviews focused on the victims' needs and experience around housing issues. Total Year 1 & 2- $17,316.00 Dissemination Activities: We are requesting special consideration for the dissemination approach which includes the allocation of 19% of the budget to an organization in charge of the dissemination strategy.   United Against Slavery (UAS) will oversee dissemination efforts, they will develop a strategy in conjunction with an Advisory Board of Survivors consisting of six individuals who will provide feedback to the research team during the development of the evaluation activities and identify and implement best mechanisms to disseminate information about the project to the anti-trafficking community, and the research findings via webinars, presentations, and other venues. Total Year 1 & 2- $ 99,372.25 corresponding to 155% of the budget (total cost)

## Other Costs

### Year 1

| Description | Quantity | Basis | Costs | Length of Time Total Costs | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| No items | | | | | | |

Other Costs Total Cost

$0

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$0

### Year 2

| Description | Quantity | Basis | Costs | Length of Time Total Costs | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| No items | | | | | | |

Other Costs Total Cost

$0

Total Non-Federal Amt (Match or Prog Inc)

$0

Total Federal Amount

$0

**Indirect Costs**

**Year 1**

| | Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | MTDC | $251,371.73 | 26.00% | $65,356.65 | no value | $65,356.65 |

| Indirect Costs Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $65,357 | $0 | $65,357 |

Additional Narrative

Facility and administrative fees are calculated at 45% of modified total direct costs in accordance with our DHHS rate agreement dated 04/11/2023.   Budget Period Direct Costs Indirect Costs Total 01/01/2024-12/31/2024 $251,371.73 $65,356.65 $316,728.38

**Year 2**

| | Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Amt (Match or Prog Inc) | Federal Amount |
|---|---|---|---|---|---|---|
| 1 | MTDC | $267,830.45 | 26.00% | $69,635.92 | no value | $69,635.92 |

| Indirect Costs Total Cost | Total Non-Federal Amt (Match or Prog Inc) | Total Federal Amount |
|---|---|---|
| $69,636 | $0 | $69,636 |

Additional Narrative

Facility and administrative fees are calculated at 45% of modified total direct costs in accordance with our DHHS rate agreement dated 04/11/2023.  Budget Period Direct Costs Indirect Costs Total 01/01/2025-12/31/2025 $267,830.45   $69,635.92 $337,466.37