# EXHIBIT D



**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

April 18, 2025

*VIA E-mail to:* jennifer_oconnor@harvard.edu

Harvard University
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138

Federal civil rights laws prohibit discrimination based on race and color, among other protected characteristics. These laws constitute a core protection of our legal system: Equality of opportunity shall not be denied to any American because of immoral race-based preferences. Unfortunately, American law schools have flagrantly violated these laws for decades. As the Supreme Court recently explained, "[m]any universities have for too long" "concluded, wrongly, that the touchstone of an individual's identity is not challenges bested, skills built, or lessons learned but the color of their skin. Our constitutional history does not tolerate that choice." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181, 231 (2023).

We write to request information regarding your admissions policies and compliance with the Supreme Court's decision in *Students for Fair Admissions*, which found certain race-based admissions policies unlawful under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*, and the Equal Protection Clause. Our inquiry is focused on possible race discrimination in law school admissions at your institution. We expect your institution to cooperate fully with this inquiry.

1) Please certify that your institution does not use race as a factor in making admissions decisions.
   a. To support this certification, please provide any and all relevant documents guiding your admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants.
   b. We also request all documents regarding any changes in admissions policies or procedures following the decision in *Students for Fair Admissions*.
   c. We also request all admissions data for the past five academic years, including applicant test scores (LSAT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity.
   d. Finally, we request any statistical analyses or internal reviews conducted by your institution regarding admissions trends or outcomes by race.

2) Please certify that your institution does not use race as a factor in awarding any scholarships, financial assistance, or other benefits to prospective or current students.

To support this certification, please provide any and all relevant documents about your policies and procedures relating to scholarships, financial assistance, or other benefits programs.

Please provide all responsive documents in an accessible electronic format (such as searchable PDF, Microsoft Word, or Excel) that preserves metadata and allows for efficient review. If electronic versions are available, we prefer these over paper copies to expedite the review process. If certain documents are only available in physical form, please indicate this in your response.

Please send the requested information by May 2, 2025. If you anticipate challenges meeting this deadline, contact us by April 28, 2025, to discuss a reasonable extension. If you have any questions as to formatting or concerns with the deadline, please contact us.

We recognize that some of the requested materials may contain student information protected under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. Please be advised that the Department of Justice is authorized under 34 C.F.R. § 99.31(a)(3)(ii) to obtain such information without prior consent for the purpose of enforcing federal legal requirements, including Title VI. Any information disclosed pursuant to this request will be used solely for compliance review purposes and maintained in accordance with applicable federal confidentiality requirements.

If you have any questions about this letter, please contact this office at (202) 514-2151. Thank you in advance for your attention and cooperation.

Sincerely,

CHAD MIZELLE
Acting Associate Attorney General

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division