# EXHIBIT F

## Morrison, Jeffrey (CRT)

| | |
|---|---|
| **From:** | Robert Hur <RHur@kslaw.com> |
| **Sent:** | Friday, May 2, 2025 11:00 AM |
| **To:** | Brown, Gregory (CRT); Morrison, Jeffrey (CRT) |
| **Cc:** | Robert N. Driscoll <RDriscoll@dickinson-wright.com>; Amy Hitchcock |
| **Subject:** | [EXTERNAL] Harvard - following up |

Gregory and Jeff,

Thanks again for your time yesterday - it was a pleasure to meet you, Gregory.

Per our discussions, Harvard will produce materials on May 16 in response to the letters relating to Harvard Medical School (received April 11), Harvard College (received April 11), and Harvard Law School (received April 18), respectively. We'll work to provide a further production as needed for each letter on May 30. We'll plan to touch base with you prior to May 30 to discuss the timeline and substance of any additional productions beyond that date.

We appreciate the insight you provided yesterday and we continue to work expeditiously on this matter. Please don't hesitate to reach out if you have any questions or concerns in the meantime.

Have a great weekend,
Rob

---

**Robert K. Hur**
*Partner*

T: (202) 383-8969 | E: RHur@kslaw.com

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.