# EXHIBIT H



**U.S. Department of Justice**

Civil Rights Division

*Educational Opportunities Section - 4CON*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

**September 12, 2025**

**VIA ELECTRONIC MAIL ONLY**

Robert K. Hur
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006

      Re:    **Harvard College Response to United States April 11, 2025, Request for Information**

Dear Mr. Hur:

On April 11, 2025, the Civil Rights Division of the U.S. Department of Justice opened a compliance review into Harvard College (the "College"). As part of the review, the Department requested Harvard College provide admissions, scholarship, financial assistance, and benefits documents and information to determine whether the College is in compliance with the Supreme Court's decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 600 U.S. 181 (2023), Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq., and the Equal Protection Clause of the United States Constitution, U.S. Const. Amend. XIV, § 1. On May 16, 2025, the College provided an initial Response to the United States' April 11, 2025, inquiry ("Inquiry"). The College supplemented its Response on May 30, 2025.

The documents provided thus far fail to completely answer the United States' requests set forth in the Inquiry. Specifically, the Inquiry requested "any and all relevant documents guiding your admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants," and "all admissions data for the past five academic years, including applicant test scores (SAT/ACT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity." In response, the College provided its guidelines and instructional material provided to its applicants and admissions personnel, and aggregated admissions data dating back to 2020.

The aggregated admissions data includes demographic statistics of its admissions pools and incoming classes as a whole. However, the College necessarily uses individual-level applicant data to process its applicant pools and select applicants for admission. Accordingly, the College's failure to provide individual-level applicant data fails to satisfy the United States' request for "all admissions data for the past five academic years." Moreover, the College's document production clearly omits "applicant test scores (MCAT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity."

1

The College has also failed to produce "any and all relevant documents guiding your admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants." For example, the College is accredited by the New England Commission of Higher Education (NECHE), which requires each university to "address[ ] its own goals for the achievement of diversity, equity, and inclusion among its students." Thus, any correspondence concerning conformance to such accreditation standards as it relates to admissions policy should have been produced by the College. In addition, the correspondence of all College personnel relating to race or ethnicity in admissions is responsive and should be produced.

The College has not fully cooperated with the Department's compliance review. The United States may pursue legal action to compel the College to provide the requested information. To further the Department's compliance review before further action, we again request individual-level application, admission, and enrollment data and relevant correspondence, and the individual applications for all College applicants. We also request additional information concerning the College's admissions policy. Attached to this letter is a request for information for individual applicant information and records, and correspondence and other documents relating to the College's admissions policy. The individual-level applicant data should be provided in a searchable electronic database or dataset format (such as Excel). We request that correspondence and documents be provided in a searchable electronic format. The additional information we request is described in detail in the attached Request for Information.

Please send the requested information by October 6, 2025, to avoid the need for enforcement action.

Again, we recognize that some of the requested information contains student information protected under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. Please be advised that the Department is authorized under 34 C.F.R. § 99.31(a)(3)(ii) to obtain such information without prior consent for the purpose of enforcing federal legal requirements, including Title VI. Any information disclosed pursuant to this request will be used solely for compliance review and maintained in accord with applicable federal confidentiality requirements.

If you have any questions as to formatting or the process for production, please contact Adam F. Griffin at Adam.Griffin@usdoj.gov or (202) 615-3341.

Regards,

*Jeffrey Morrison*
Jeffrey Morrison
Acting Chief
Educational Opportunities Section
Civil Rights Division
UNITED STATES DEPARTMENT OF JUSTICE

Attachment

2

**TITLE VI ADMISSIONS
REQUEST FOR INFORMATION FROM HARVARD COLLEGE**

I.      Admissions Data

The United States requests the individual-level application, admission, and enrollment data for all undergraduate applicants in searchable electronic spreadsheet for the 2018-2019 cycle through 2024-2025 cycle. For each undergraduate applicant within this timeframe, we ask for the following data elements to help us understand the admissions protocol at your university. Please also include a data dictionary that identifies the variables in this requested database, including names of variables, definitions of variables, definitions of the possible values of these variables, and an explanation of how missing values are coded and/or processed.

1. Unique applicant ID number (Common Application ID; Coalition Application ID; Harvard unique applicant ID number).
2. Full name (first, middle, last).
3. All demographic information collected or inferred, including race and ethnicity, gender/sex, date of birth, citizenship status, first generation college status, disability status, veteran status, and any other relevant categories.
4. Economic indicators (e.g. Disadvantaged indicator, SES category, low-income predictor, financial need assessment, fee assistance, fee waiver, work-study eligibility, family income brackets, Pell Grant status). Please also explain what economic indicators are considered in the admissions process and whether any calculated measures of disadvantage are created for this process.
5. Applicant's residential address, including zip code.
6. Applicant's high school (please include the full address for the high school and the CEEB code).
7. Applicant's high school GPA (weighted and unweighted including any adjustments for quality the university implements).
8. Applicant's high school class rank and class size.
9. Whether the applicant participated in advanced coursework in high school including:
   o AP exam scores (all subjects).
   o IB exam scores (all subjects).
   o Honors courses (all subjects).
10. All of applicant's standardized test scores (SAT, all sections; ACT, all sections, SAT-II, etc.).
11. Whether an applicant withheld their scores from the application.
12. Any honors and awards possessed by the applicant.
13. Any special talents or achievements of the applicant.
14. Any activities engaged in by the applicant.
15. Indicate whether the applicant disclosed felonies, misdemeanors, and institutional actions on their applications.
16. Applicant's legacy treatment, including the relation of the legacy alumni to the applicant, and any donations by the alumni.
17. Applicant's donor relationship status (e.g. family donation history, development office flagging).

18. Applicant's status as children of faculty/staff.
19. Applicant's parent education level.
20. Applicant's proposed major and college.
21. Flags added during committee meetings (i.e., first year retreat experience (FYRE, Dean of Students (DSO) Advising Form, and DAO (Disability Access Office).
22. All geographic information, including the applicant's current and former state and zip code of residence.
23. Racial/ethnic composition of Applicant's high school.
24. Racial/ethnic composition of Applicant's zip codes.
25. Applicant's census block demographic data.
26. Whether the applicant met Harvard prerequisite requirements and encouraged courses. Also please indicate whether that impacted the admissions decision.
27. Undergraduate GPA and hours (cumulative, science GPA, non-science GPA, including any adjustments or weighting the medical school implements).
28. Identify whether the applicant met the prerequisites required for Harvard College. If there were deficiencies in applicants' prerequisites, please identify those deficiencies.
29. The applicant's inclusion on a preferred applicant list (e.g. a "Dean's List"), or other VIP or special interest designation, and the reason(s) for being categorized as such.
30. Research experience (duration, type, publications, presentations, research ratings).
31. Volunteer activities (community service, healthcare-related volunteer work, international service).
32. Leadership experience (positions, duration, impact assessments).
33. Recruited athlete status.
34. Paid Employment history (position, number of hours worked, responsibilities).
35. Any other numerical or categorical ratings produced for the applicant.
36. Financial aid offered and accepted (e.g. scholarships, loans, work-study, total aid packages).
37. All "Holistic Review" factors and ratings for the applicant.
38. "Distance Traveled" rating for the applicant, and applicant adversities impacting the "Distance Traveled" rating.
39. Was this applicant interviewed?
40. Final evaluation of the applicant.
41. The calculated Academic Index
42. The final analysis justifying the admissions decision.
43. The admissions determination for the applicant, including whether the applicant was admitted, denied, waitlisted, and/or matriculated. Please also include any other admissions outcomes relevant to the process (e.g., incomplete application, withdrew, etc.).
44. Enrollment decision (if admitted).
45. Financial aid offered and accepted (how much financial aid was offered each admit).
46. All internal ratings of each applicant (including but not limited to academic rating, extracurricular rating, athletic rating, personal rating, contribution to Harvard Community rating, overall rating, essay ratings, recommendation letter ratings, interview ratings, and any other ratings produced).
47. Essay ratings (all).
48. Alumni interview ratings (please also identify the interview priority number or IVPs).
49. Name and unique ID for each reader/reviewer that assigned the ratings.

50. Date and time stamps for all reviews and ratings.
51. Freshman GPA or cumulative GPA if not available.

The United States further requests the following information (in a searchable electronic format), for the application pools of 2019-2025:

1. All documents referring or relating to how the information in items 1-51 above was used to make the admission decisions for each applicant.
2. All documents referring or relating to feeder school relationships and historical admission patterns.
3. All documents referring or relating to regional education pipeline data.
4. All documents referring or relating to artificial intelligence (AI), algorithmic, or automated screening tools used in the admissions process.
5. All documents referring or relating to racial/ethnic composition of the undergraduate programs attended by applicants, and prestige rankings or classifications for the undergraduate institution.
6. All documents referring or relating to a preferred applicant list (e.g. a "Dean's List"), or other VIP or special interest designation.
7. All documents referring or relating to legacy and/or admissions practices.
8. All documents referring or relating to geographic information of applicants, including racial/ethnic composition of applicant's high school; racial/ethnic composition of applicant's zip code(s); and census block demographic data, and how such information is used in the admissions decision process.
9. All documents referring or relating to the use of economic indicators to make admissions decisions.
10. All documents referring or relating to diversity, equity, inclusion (DEI)[1] policies for admissions.

---

[1] DEI as used herein refers to Diversity, Equity, and/or Inclusion initiatives and programs, but also encompasses similar initiatives and programs under different names, such as "Inclusion and Belonging," "Talent and Culture," "Equal Opportunity," "Fairness," etc…

II.    Harvard Admissions Policy

The United States requests documents dated from January 1, 2018, to present referring or relating to Harvard College's Admissions policies, in a searchable electronic format. These documents shall include:

1. All internal correspondence referring or relating to the use of race and/or ethnicity in admissions to Harvard College, and/or the *SFFA* Supreme Court Decision.[2]
2. All internal and external correspondence referring or relating to DEI in admissions to Harvard College, and/or the *SFFA* Supreme Court Decision.
3. All internal correspondence referring or relating to admissions policy changes in response to the *SFFA* Decision.
4. All correspondence to and from accrediting bodies (including but not limited to, the New England Commission of Higher Education (NECHE)) referring or relating to using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
5. All internal and external correspondence referring or relating to pre-*SFFA* NECHE accreditation standards.
6. All correspondence to and from donors of Harvard College referring or relating to using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
7. All correspondence to and from college ranking publications (including, but not limited to, *U.S. News and World Report*) referring or relating to using race and/or ethnicity as a factor in admissions, including information used by those publications to rate Harvard College's student body diversity.
8. All correspondence to and from grant issuing organizations (private and public) referring or relating to DEI and admissions, using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
9. All correspondence to and from companies referring or relating to DEI and admissions, using race and/or ethnicity as a factor in admissions, and/or the *SFFA* Decision.
10. All documents referring or relating to the impact of Harvard College admissions policies on Environmental, Social, and Governance (ESG) ratings of Harvard College or other institutions affiliated with Harvard College (e.g. donors, grantors, etc...), and/or any modifications to admissions policies for ESG reasons.
11. All documents referring or relating to complaints received by Harvard College from admissions reviewers or any member of the admissions team, referring or relating to DEI, or using race, ethnicity, or other demographic information as factors in admissions.

---

[2] *Students for Fair Admissions v. Harvard*, 600 U.S. 181 (2023).