# EXHIBIT I

## Morrison, Jeffrey (CRT)

| | |
|---|---|
| **From:** | Morrison, Jeffrey (CRT) |
| **Sent:** | Friday, September 26, 2025 6:49 PM |
| **To:** | Robert Hur |
| **Subject:** | RE: Chat tomorrow? |

Robert,

Your email does not correctly characterize our discussion.

This afternoon, you asked for an extension for Harvard to respond to the United States' September 8, 2025, letter. That letter was the United States' *second* letter requesting admissions data related to Harvard's Medical School. The letter requested the information by this Monday, September 29th. The United States made its first request for admissions data about the medical school on April 11, 2025. As outlined in our September 8th letter, despite having ample time to gather and provide the United States with the data, Harvard has failed to provide the required data to the United States' compliance review under Title VI. Despite Harvard's failure to provide the requested data, the United States provided Harvard with a second opportunity to provide the admissions data.

In your call, you indicated that due to the Jewish holidays that you were having difficulty complying with the September 29th deadline. As I pointed out, if Harvard intends to again not comply with the compliance review, you should not need an extension to respond. As I pointed out, Harvard had months to gather the data. Regardless, as a professional curtsy to you, I offered you a very reasonable extension until October 10th to provide the data.

We are not agreeing to any further extensions.

If Harvard does not provide the United States with all of the requested data by October 10th, we will conclude that your client does not wish to cooperate with the United States' compliance review.

Sincerely,

Jeff

**Jeffrey Morrison**
Acting Chief
Educational Opportunities Section
U.S. Department of Justice | Civil Rights Division
4 Constitution Square
150 M Street, NE | Room 9.1102 | Washington, DC 20530
202.598.5151| jeffrey.morrison@usdoj.gov



1