# EXHIBIT L



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

THE ACTING ASSISTANT SECRETARY

May 2, 2025

<u>By email only to</u>: president@harvard.edu

President Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138 USA

Re:    <u>Harvard University</u>
       OCR Compliance Review 01-25-6001

Dear Dr. Garber:

I write to advise you that the Office for Civil Rights (OCR) of the U.S. Department of Education (Department) has selected Harvard University for a compliance review under Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d et seq., and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the basis of race, color, and national origin in any program or activity operated by a recipient of Federal financial assistance from the Department. The University receives funds from the Department and therefore is subject to Title VI and its regulation.

In this review, OCR will examine whether Harvard discriminates against applicants and potential applicants on the basis of race in its undergraduate admissions process.

OCR is responsible for investigating individual complaints of discrimination and for conducting periodic compliance reviews of recipient practices to determine whether they comply with the laws OCR enforces. Pursuant to its regulatory authority, as set forth in 34 C.F.R. § 100.7, OCR may initiate an investigation when a report, complaint, or other information indicates a possible failure to comply with the laws and regulations that OCR enforces. OCR selects compliance review sites based on various sources of information, including statistical data and information from parents, advocacy groups, the media, and community organizations.

OCR's initiation of a compliance review is not itself evidence that the University has violated any federal civil rights law or regulation. OCR staff will contact the University within a week of the date of this letter to make arrangements for the next steps in the compliance review process, including requesting access to data and personnel. If your staff has any questions regarding this compliance review, please contact the OCR Atlanta regional office, at 404-974-9406 or OCR_Atlanta@ed.gov.

Sincerely,

Craig W. Trainor
Acting Assistant Secretary for Civil Rights

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*