# EXHIBIT M

## <u>Compliance Review Information Request</u>

OCR Case No. 01-25-6001
Harvard University

### <u>Due Date: June 17, 2025 (45 Days)</u>

Please provide the following information or indicate in writing if any of the requested items do not exist.

**Harvard University (University), in response to any request for documents or information regarding actual or perceived race, national origin, shared ancestry, ethnic characteristics, or diversity, should include documents and information pertaining to being or perceived as being Jewish.**

**Please preserve all application files and admission records since January 1, 2016.**

## **INTERROGATORIES**

1. Describe the policies, processes, and criteria that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, including (but not limited to) (a) the weight or role of race, ethnicity, or sex; (b) the use of standardized test scores, GPA, essays, or extracurricular activities; (c) any scoring or ranking systems; and (d) the role of subjective factors.

2. Describe any customs, expectations, norms, or practices, even if unstated or otherwise not communicated as a matter of express policy, that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, regarding race, color, or national origin.

3. Describe any proxies that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, regarding race, color, or national origin.

4. Identify all individuals involved in creating, implementing, or analyzing the criteria, practices, or processes used by Harvard to evaluate applications for undergraduate admissions.  Provide each individual's full name, job title, job responsibilities, and contact information. State any formal criteria or informal consideration bearing on the selection of these individuals for their role, including but not limited to those individuals' race, color, or national origin; or commitment, however expressed, to diversifying the undergraduate class along lines of race, color, or national origin.

5. Identify all individuals involved in the process of evaluating applications for undergraduate admissions.  Provide each individual's full name, job title, job responsibilities, and contact information. State any formal criteria or informal consideration bearing on the selection of these individuals for their role, including but not limited to those individuals' race, color, or national origin; or commitment, however expressed, to diversifying the undergraduate class along lines of race, color, or national origin.

6. Describe any changes Harvard made to its policies, processes, or criteria for evaluating applications for undergraduate admissions in response to the Supreme Court's decision in *Students for Fair Admissions, Inc. v. Pres. and Fellows of Harvard Coll.*, 600 U.S. 181 (2023) (the *Students for Fair Admissions* Decision).  For each change, identify (a) the effective date; (b) the reason for the change; (c) the individual(s) responsible; (d) how the change was communicated to admissions personnel; and (e) how the change was communicated to applicants. In addition, describe any changes Harvard made to its training, instructions, or interviewer guidelines or handbooks for personnel involved in evaluating applications for undergraduate admissions.

7. Describe the information about applicants' race, color, or national origin available to the individuals involved in the process of evaluating applications for undergraduate admissions during the admissions process.

8.  Describe how you use third-party software or other tools for evaluating applications for undergraduate admissions, including but not limited to Opportunity Atlas and College Board's Landscape.

9.  Describe how you use third-parties, such as contractors, pipeline institutions, or other partners or collaborators, in evaluating applications for undergraduate admissions with regard to race, color, or national origin.

10. Describe any consideration of race, color, or national origin in awarding scholarships, grants, financial aid, or other need- or merit-based financial support.

11. Describe how your university takes race, color, or national origin into account in policies or decisions about how to engage in outreach or advertising to prospective applicants.

12. Provide the demographic composition of your applicant pool, admitted students, and enrolled students for each admission cycle since January 1, 2016, to the present, including breakdowns by race, ethnicity, socioeconomic status, geographic region, Pell Grant eligibility, first generation status, parental education levels, and FAFSA reported income bracket.

13. Describe all race-neutral alternatives considered, implemented, or rejected for achieving student body diversity since the *Students for Fair Admissions* Decision, including but not limited to: (a) socioeconomic-based admissions; (b) geographic diversity initiatives; (c) partnerships with underrepresented communities; or (d) elimination of legacy or donor preferences. For each race-neutral alternative considered, implemented, or rejected, state why it was implemented or rejected, including any cost, feasibility, or efficacy analyses. Explain how the preceding race-neutral alternatives were weighed prior to the *Students for Fair Admissions* Decision.

14. Identify all certifications you made to the U.S. Department of Education or any other federal agency relating to your compliance with Title VI of the Civil Rights Act of 1964 before and since the *Students for Fair Admissions* decision, from January 1, 2016, to the present, including the dates of each certification, the individuals who prepared and signed them, and any factual bases or analyses relied upon for believing You were in compliance.

15. Describe and explain any discrepancies in the aggregate information about race, color, or national origin kept internally by Harvard; disclosed to federal agencies; disclosed to accreditors; and disclosed to the public.

16. Describe all race-conscious offices, officials, practices, policies, initiatives, clubs, programs, events, orientations, trainings, awards, ceremonies, grants, contracts, scholarships, graduation requirements, housing, counseling, mentoring, and internships at Harvard. "Race-conscious" includes but is not limited to offices, officials, practices, etc. that have any of the following words in their titles, descriptions, or participation requirements or guidelines:

- "diversity" and variations thereof;
- "equity" and variations thereof;
- "minority" and variations thereof;
- "under-represented" and variations thereof;
- "URM" and variations thereof;
- "racism" and variations thereof;
- "privilege" and variations thereof;
- "hate" and variations thereof;
- "microaggressions";
- "multicultural";
- "cultural awareness";
- "cultural engagement";
- "bias awareness";
- "implicit bias";
- "unconscious bias";
- "bias response";
- "racial justice";
- "anti-racism";
- "empowerment";
- "othering";
- "belonging";
- "disparities";
- "whiteness";
- "safe space";
- "advocacy";
- "social justice";
- Any term for a race, color, ethnicity, or national origin.

17. With respect to any of the above offices, officials, practices, etc., describe any new institutions or developments since January 1, 2016.

18. With respect to any of the above offices, officials, practices, etc., describe any changes of name since January 1, 2016.

## DOCUMENT REQUESTS

*For all document requests below, you are instructed to provide a complete response. If there are further questions, you may request guidance from the Office of Civil Rights.*

1. All documents you relied upon or referenced in answering any of the Interrogatories.

2. All final and executed Program Participation Agreements between Harvard and the Department of Education in effect during the Relevant Time Period.

3. All documents and communications relating to Harvard's compliance with its Program Participation Agreements.

4. All documents and communications relating to formal or explicit policies, processes, or criteria, or customs, expectations, norms, or practices even if unstated or otherwise not treated as a matter of express policy, that Harvard uses or has used to evaluate applications for undergraduate admissions, including but not limited to memoranda, manuals, meeting minutes, email, and other correspondence, since January 1, 2016.

5. All documents and communications referencing or discussing the *Students for Fair Admissions* Decision in connection with: (1) your policies, practices, or criteria, whether formal or informal, for undergraduate admissions, (2) any potential or actual changes to your policies, practices, or criteria, whether formal or informal, for undergraduate admissions; or (3) your specific admissions decisions.

6. Provide all training manuals, handbooks, or other instructional materials used from January 1, 2016, through the present to train or guide the University's undergraduate admissions personnel and/or other individuals involved in the undergraduate admissions process for Applicants on how to perform admissions tasks, including outreach activities, recruitment activities, interviewing Applicants or Potential Applicants, evaluating admissions files, preparing admissions reports, and making admission recommendations or decisions. Please include any and all responsive emails.

7. From January 1, 2016 through the present, all documents the University has written, or has requested be written, concerning the use of actual or perceived race, shared ancestry, or ethnic characteristics in the University's undergraduate admissions process for Applicants, including the importance of diversity; any interim and final analysis of the racial or ethnic composition of Potential Applicants, Applicants, admitted freshmen, or enrolled freshmen (including any and all information or indicators of shared ancestry); any goals or targets for the racial or ethnic composition of a particular admissions cycle or subset of Potential Applicants, Applicants, admitted freshmen, or enrolled freshmen; and the University's efforts to recruit, admit, or enroll Applicants in certain numbers, percentages, or proportions by actual or perceived race, national origin, shared ancestry, or ethnic characteristics. Please include any and all responsive emails.

8. Copies of any documents reflecting policies, procedures or guidance for the University's consideration of "unique circumstances" including "family background, educational differences, employment and life experiences" in the undergraduate admissions process for Applicants.

9. A list of all of the University's employees within the OUA from January 1, 2016, through the present. Please indicate whether each individual is currently employed by the University and include each individual's title, responsibilities with regard to the admissions process for Applicants and Potential Applicants, and, if applicable, the approximate number of admissions files for Applicants each individual reviews annually, any geographic area of responsibility, and any other basis for assigning responsibility for review of any freshman application.

10. All documents and communications relating to compliance with Title VI and the *Students for Fair Admissions* Decision, including any communications with the Department of Education or any other federal agency.

11. All documents relating to admissions essay prompts used on every application since January 1, 2016.

12. All documents and communications regarding admissions data disaggregated by race and ethnicity, including applicant test scores (SAT/ACT), GPA, extracurricular activities, essays, and admission outcomes.

13. Please provide *individualized*, anonymized data for each applicant, admitted student, and enrolled student in spreadsheet format for each application season since January 1, 2016, including the following information:
    – Whether each student is an applicant only (not admitted), an admitted student only (did not ultimately enroll), or an enrolled student.
    – The race of each student as stated on the application they were evaluated on.
    – The socioeconomic status of each student, including whether the student is a first-generation college student, Pell Grant recipient, whether they are receiving need-based financial aid, and list their parental income.
    – Each student's standardized test scores as listed on the application they were evaluated on (inclusive of the SAT, ACT, and AP exams).
    – Each student's GPA listed on the application they were evaluated on.
    – All data submitted must be in the format in which data is kept and counted internally by Harvard, not in the format used when presenting information to the public.

14. Please provide aggregate data for applicants, admitted students, and enrolled students in spreadsheet format since January 1, 2016, including the following information:
    – Race, as self-reported on the applications the students were evaluated on.
    – The socioeconomic status of each student, including how many students are first-generation college students, Pell Grant recipients, receiving need-based financial aid.

- Standardized test scores as listed on the applications they were evaluated on (inclusive of the SAT, ACT, and AP exams).
- GPAs listed on the application they were evaluated on.
- For all data submitted, provide a key indicating how the institution aggregates the individualized information into aggregate information.
- Provide an explanation on how Harvard counts applicants or students who self-report as multi-racial.
- Provide an explanation on how Harvard counts applicants or students who self-report no race or "prefer not to say."

15. All demographic surveys sent out to prospective or admitted students or faculty since January 1, 2016.

16. All documents and communications regarding audits, statistical analyses, or reviews conducted since the *Students for Fair Admissions* Decision to assess the impact of race or ethnicity on admissions outcomes.

17. All documents and communications regarding complaints, grievances, or inquiries relating to race, color, or national origin, including but not limited to anti-Semitism, as well as relating to discrimination in undergraduate admissions, and the associated resolutions for these complaints since January 1, 2016.

END