# EXHIBIT O



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

July 17, 2025

**By email only to:** RHur@kslaw.com (counsel for Harvard)

President Alan Garber
Harvard University
Cambridge, MA

Re:    Harvard University - OCR Compliance Review 01-25-6001

Dear Dr. Garber:

On May 2, 2025, the Office for Civil Rights (OCR) of the U.S. Department of Education (Department) notified you that it selected Harvard University (University) for a compliance review under Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d *et seq.*, and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the basis of race, color, and national origin in any program or activity operated by a recipient of Federal financial assistance from the Department.

On May 2, 2025, OCR also sent Harvard an amended information request. OCR reviewed Harvard's response, dated June 17, 2025, to OCR's amended request for information and determined that most responses were deficient or wholly unresponsive.  OCR hereby restates its request for the following information omitted from Harvard's July 17 response.  Please provide the omitted information listed in the attached request by July 31, 2025.

The regulation implementing Title VI, at 34 C.F.R. § 100.6(b) and (c), requires that a recipient of federal financial assistance make available to OCR information that may be pertinent to reaching a compliance determination. This requirement is incorporated by reference in the Title IX regulation at 34 C.F.R. § 106.81.  In addition, in accordance with the regulation implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, at 34 C.F.R. § 99.31(a)(3)(iii), and the Title VI regulation at 34 C.F.R. § 100.6(c), OCR may review personally identifiable records without regard to considerations of privacy or confidentiality. OCR will take all proper precautions to protect the identity of any individuals named in the records.

Please be advised that the University must not harass, coerce, intimidate, discriminate, or otherwise retaliate against any individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR.  If this happens, the individual may file a retaliation complaint with OCR.

Under the Freedom of Information Act (FOIA), it may be necessary to release this document and related correspondence and records upon request.  If OCR receives such a request, OCR will seek to protect, to the extent provided by law, personally identifiable information that could

reasonably be expected to constitute an unwarranted invasion of personal privacy if released.

If your staff has any questions regarding this compliance review, please contact Michael Bennett, Compliance Team Leader, at 202-987-1396 or Michael.Bennett@ed.gov.

Sincerely,

*Jana L. Erickson*

Jana L. Erickson
Program Manager

**Compliance Review Information Request**

OCR Case No. 01-25-6001
Harvard University

**Due Date: <mark>July  31, 2025</mark>**

Please provide the following information or indicate in writing if any of the requested items do not exist. This includes OCR's initial request that Harvard, in response to any request for documents or information regarding actual or perceived race, national origin, shared ancestry, ethnic characteristics, or diversity, should include documents and information pertaining to **being or perceived as being Jewish.**

Unless otherwise stated in a specific request, the applicable date range for all Interrogatories and Document Requests is January 1, 2016, to present.

**INTERROGATORIES: Partial Reponses**

1.  OCR previously requested in **Interrogatory 1**: "Describe the policies, processes, and criteria that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, including (but not limited to) (a) the weight or role of race, ethnicity, or sex; (b) the use of standardized test scores, GPA, essays, or extracurricular activities; (c) any scoring or ranking systems; and (d) the role of subjective factors."

    Harvard provided information pertaining to sections (b)-(d) for 2020-2024 applicant pools and information pertaining to section (a) for the 2024 applicant pool with regard to race and ethnicity, but not sex. Harvard did not provide any information responsive to section (a) for the 2020-2023 applicant pools, any information for 2016-2019, nor any information pertaining to Jewish shared ancestry. As a follow-up, provide this missing information.

2.  OCR previously requested in **Interrogatory 2**: "Describe any customs, expectations, norms, or practices, even if unstated or otherwise not communicated as a matter of express policy, that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, regarding race, color, or national origin."

    Please see OCR's description of the missing information for Interrogatory 12, below. Interrogatory 2 should be answered in view of a complete response to Interrogatory 12, for the span of years requested.

6.  OCR previously requested in **Interrogatory 6**: "Describe any changes Harvard made to its policies, processes, or criteria for evaluating applications for undergraduate admissions in response to the Supreme Court's decision in *Students for Fair Admissions, Inc. v. Pres. and Fellows of Harvard Coll.*, 600 U.S. 181 (2023) (the *Students for Fair Admissions* Decision). For each change, identify (a) the effective date; (b) the reason for

the change; (c) the individual(s) responsible; (d) how the change was communicated to admissions personnel; and (e) how the change was communicated to applicants. In addition, describe any changes Harvard made to its training, instructions, or interviewer guidelines or handbooks for personnel involved in evaluating applications for undergraduate admissions."

Harvard provided information pertaining to section (d) and (e) but did not provide information responsive to sections (a)-(c). Further, Harvard provided information in their response letter regarding changes to training processes, the 2023 Alumni/Alumnae Interview Book, and the 2024 Reader Guide, but OCR requests the missing information be provided.

10. OCR previously requested in **Interrogatory 10**: "Describe any consideration of race, color, or national origin in awarding scholarships, grants, financial aid, or other need- or merit-based financial support."

Harvard provided information regarding Harvard's policy regarding merit-based financial support, as well as the use of nationality and citizenship as considerations. However, OCR is requesting a direct response addressing race, color, or national origin and/or need-based financial support.

12. OCR previously requested in **Interrogatory 12**: "Describe the demographic composition of your applicant pool, admitted students, and enrolled students for each admission cycle since January 1, 2016, to the present, including breakdowns by race, ethnicity, socioeconomic status, geographic region, Pell Grant eligibility, first generation status, parental education levels, and FAFSA reported income bracket."

Harvard provided limited first-year enrollment information for the 2019-2024 admission cycles, including state of residency (except for 2019) or region (2024 "Geographical breakdown") and race/national origin (but 2024 lacks information for the underlying first-year enrollment numbers for any race/ethnicity, and provides no enrollment information of any kind for first-year white students; see HRVD-EDOCR-6001-000000137 (OCR noted in this regard that HRVD-EDOCR-6001-000000414 is for the College as a whole). Harvard did not provide either the applicant pool or admitted (i.e., whether ultimately enrolled or not) student numbers for the 2019-2024 admission cycles, including breakdowns by race, ethnicity, socioeconomic status, geographic region, Pell Grant eligibility, first generation status, parental education levels, and FAFSA reported income bracket. Harvard did not provide any information for the admission cycles occurring from January 1, 2016, through 2018, nor any references to Jewish shared ancestry. As a follow-up, provide the missing information.

## INTERROGATORIES: Missing Responses

OCR was unable to identify any information in your responses relevant to the following Interrogatories. As a follow-up, provide the missing information:

3. Describe any proxies that Harvard uses or has used to evaluate applications for undergraduate admissions since January 1, 2016, regarding race, color, or national origin.

4. Identify all individuals involved in creating, implementing, or analyzing the criteria, practices, or processes used by Harvard to evaluate applications for undergraduate admissions. Provide each individual's full name, job title, job responsibilities, and contact information. State any formal criteria or informal consideration bearing on the selection of these individuals for their role, including but not limited to those individuals' race, color, or national origin; or commitment, however expressed, to diversifying the undergraduate class along lines of race, color, or national origin.

5. Identify all individuals involved in the process of evaluating applications for undergraduate admissions. Provide each individual's full name, job title, job responsibilities, and contact information. State any formal criteria or informal consideration bearing on the selection of these individuals for their role, including but not limited to those individuals' race, color, or national origin; or commitment, however expressed, to diversifying the undergraduate class along lines of race, color, or national origin.

8. Describe how you use third-party software or other tools for evaluating applications for undergraduate admissions, including but not limited to Opportunity Atlas and College Board's Landscape.

9. Describe how you use third-parties, such as contractors, pipeline institutions, or other partners or collaborators, in evaluating applications for undergraduate admissions with regard to race, color, or national origin.

11. Describe how Harvard takes race, color, or national origin into account in policies or decisions about how to engage in outreach or advertising to prospective applicants.

13. Describe all race-neutral alternatives considered, implemented, or rejected for achieving student body diversity since the *Students for Fair Admissions* Decision, including but not limited to: (a) socioeconomic-based admissions; (b) geographic diversity initiatives; (c) partnerships with underrepresented communities; or (d) elimination of legacy or donor preferences. For each race-neutral alternative considered, implemented, or rejected, state why it was implemented or rejected, including any cost, feasibility, or efficacy analyses. Explain how the preceding race-neutral alternatives were weighed prior to the *Students for Fair Admissions* Decision.

14. Identify all certifications you made to the U.S. Department of Education or any other federal agency relating to your compliance with Title VI of the Civil Rights Act of 1964 before and since the *Students for Fair Admissions* decision, from January 1, 2016, to the present, including the dates of each certification, the individuals who prepared and signed them, and any factual bases or analyses relied upon for believing you were in compliance.

15. Describe and explain any discrepancies in the aggregate information about race, color, or national origin kept internally by Harvard; disclosed to federal agencies; disclosed to accreditors; and disclosed to the public.

16. Describe all race-conscious offices, officials, practices, policies, initiatives, clubs, programs, events, orientations, trainings, awards, ceremonies, grants, contracts, scholarships, graduation requirements, housing, counseling, mentoring, and internships at Harvard. "Race-conscious" includes but is not limited to offices, officials, practices, etc. that have any of the following words in their titles, descriptions, or participation requirements or guidelines:

    – "diversity" and variations thereof;
    – "equity" and variations thereof;
    – "minority" and variations thereof;
    – "under-represented" and variations thereof;
    – "URM" and variations thereof;
    – "racism" and variations thereof;
    – "privilege" and variations thereof;
    – "hate" and variations thereof;
    – "microaggressions";
    – "multicultural";
    – "cultural awareness";
    – "cultural engagement";
    – "bias awareness";
    – "implicit bias";
    – "unconscious bias";
    – "bias response";
    – "racial justice";
    – "anti-racism";
    – "empowerment";
    – "othering";
    – "belonging";
    – "disparities";
    – "whiteness";
    – "safe space";
    – "advocacy";
    – "social justice";
    – Any term for a race, color, ethnicity, or national origin.

17. With respect to any of the above offices, officials, practices, etc., describe any new institutions or developments since January 1, 2016.

18. With respect to any of the above offices, officials, practices, etc., describe any changes of name since January 1, 2016

Page 7

**DOCUMENT REQUESTS: Partial Responses**

1.  OCR previously requested in **Document Request 1**: "All documents you relied upon or referenced in answering any of the Interrogatories."

    Harvard provided documents which were referenced in its response letter to OCR.  Harvard (1) did not provide direct responses to most of the Interrogatories and (2) for those Harvard did provide, no information was given indicating which documents were relied upon or referenced in answering. As a follow-up, provide (1) missing Interrogatories and their corresponding documents, and (2) for Interrogatory responses already provided in whole or in part, indicate which documents were relied upon or referenced in answering.

6.  OCR previously requested in **Document Request 6**: "Provide all training manuals, handbooks, or other instructional materials used from January 1, 2016, through the present to train or guide Harvard's undergraduate admissions personnel and/or other individuals involved in the undergraduate admissions process for Applicants on how to perform admissions tasks, including outreach activities, recruitment activities, interviewing Applicants or Potential Applicants, evaluating admissions files, preparing admissions reports, and making admission recommendations or decisions. Please include any and all responsive emails."

    Harvard provided the 2022 and 2023 Alumni/Alumnae Interviewer Handbooks and the 2024 Reader Guide. Provide responsive documents for 2016-present, including responsive emails.

8.  OCR previously requested in **Document Request 8**: "Copies of any documents reflecting policies, procedures or guidance for Harvard's consideration of 'unique circumstances' including 'family background, educational differences, employment and life experiences' in the undergraduate admissions process for Applicants."

    Harvard provided information distributed to applicants regarding reporting information on family background and responding to essay questions about student body diversity, as well as references to the "whole student" approach in the training materials disseminated to interviewers and readers. Provide all responsive documents directed at internal stakeholders or indicate, as applicable, that such documents do not exist.

10. OCR previously requested in **Document Request 10**: "All documents and communications relating to compliance with Title VI and the *Students for Fair Admissions* Decision, including any communications with the Department of Education or any other federal agency."

    Harvard provided information regarding compliance with the *Students for Fair Admissions* decision, but did not provide information concerning compliance with Title VI, and no communications with the Department or other federal agencies were provided. As a follow-up, provide these missing documents.

11. OCR previously requested in **Document Request 11**: "All documents relating to

Page 8

admissions essay prompts used on every application since January 1, 2016."

Harvard provided documents for the 2023, 2024, and 2025 application cycles. Provide documents relating to admissions essay prompts for years 2016-2022.

12. OCR previously requested in **Document Request 12**: "All documents and communications regarding admissions data disaggregated by race and ethnicity, including applicant test scores (SAT/ACT), GPA, extracurricular activities, essays, and admission outcomes."

See related discussion of Interrogatory 12, above. Provide responsive documents for admissions data disaggregated by race and ethnicity which includes test scores (SAT/ACT), GPA, extracurricular activities, and essays.

## **DOCUMENT REQUESTS: Missing Responses**

OCR was unable to identify any information in your production relevant to the below Document Requests. As a follow-up, provide the missing information:

2. All final and executed Program Participation Agreements between Harvard and the Department of Education in effect during the Relevant Time Period.

3. All documents and communications relating to Harvard's compliance with its Program Participation Agreements.

4. All documents and communications relating to formal or explicit policies, processes, or criteria, or customs, expectations, norms, or practices even if unstated or otherwise not treated as a matter of express policy, that Harvard uses or has used to evaluate applications for undergraduate admissions, including but not limited to memoranda, manuals, meeting minutes, email, and other correspondence, since January 1, 2016.

7. From January 1, 2016 through the present, all documents Harvard has written, or has requested be written, concerning the use of actual or perceived race, shared ancestry, or ethnic characteristics in Harvard's undergraduate admissions process for Applicants, including the importance of diversity; any interim and final analysis of the racial or ethnic composition of Potential Applicants, Applicants, admitted freshmen, or enrolled freshmen (including any and all information or indicators of shared ancestry); any goals or targets for the racial or ethnic composition of a particular admissions cycle or subset of Potential Applicants, Applicants, admitted freshmen, or enrolled freshmen; and Harvard's efforts to recruit, admit, or enroll Applicants in certain numbers, percentages, or proportions by actual or perceived race, national origin, shared ancestry, or ethnic characteristics. Please include any and all responsive emails.

9. A list of all of Harvard's employees within the OUA from January 1, 2016, through the present. Please indicate whether each individual is currently employed by Harvard and include each individual's title, responsibilities with regard to the admissions process for

Page 9

Applicants and Potential Applicants, and, if applicable, the approximate number of admissions files for Applicants each individual reviews annually, any geographic area of responsibility, and any other basis for assigning responsibility for review of any freshman application.

13. Please provide *individualized*, anonymized data for each applicant, admitted student, and enrolled student in spreadsheet format for each application season since January 1, 2016, including the following information:
    a. Whether each student is an applicant only (not admitted), an admitted student only (did not ultimately enroll), or an enrolled student.
    b. The race of each student as stated on the application they were evaluated on.
    c. The socioeconomic status of each student, including whether the student is a first-generation college student, Pell Grant recipient, whether they are receiving need-based financial aid, and list their parental income.
    d. Each student's standardized test scores as listed on the application they were evaluated on (inclusive of the SAT, ACT, and AP exams).
    e. Each student's GPA listed on the application they were evaluated on.
    f. All data submitted must be in the format in which data is kept and counted internally by Harvard, not in the format used when presenting information to the public.

14. Please provide aggregate data for applicants, admitted students, and enrolled students in spreadsheet format since January 1, 2016, including the following information:
    a. Race, as self-reported on the applications the students were evaluated on.
    b. The socioeconomic status of each student, including how many students are first-generation college students, Pell Grant recipients, receiving need-based financial aid.
    c. Standardized test scores as listed on the applications they were evaluated on (inclusive of the SAT, ACT, and AP exams).
    d. GPAs listed on the application they were evaluated on.
    e. For all data submitted, provide a key indicating how the institution aggregates the individualized information into aggregate information.
    f. Provide an explanation on how Harvard counts applicants or students who self-report as multi-racial.
    g. Provide an explanation on how Harvard counts applicants or students who self-report no race or "prefer not to say."

15. All demographic surveys sent out to prospective or admitted students or faculty since January 1, 2016.

16. All documents and communications regarding audits, statistical analyses, or reviews conducted since the *Students for Fair Admissions* Decision to assess the impact of race or ethnicity on admissions outcomes.

17. All documents and communications regarding complaints, grievances, or inquiries relating to race, color, or national origin, including but not limited to anti-Semitism, as

Page 10

well as relating to discrimination in undergraduate admissions, and the associated resolutions for these complaints since January 1, 2016.