**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>       Defendant. | Case No. 1:26-cv-10844-MJJ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant President and Fellows of Harvard College ("Harvard") respectfully moves for an extension of time for Harvard to respond to the Amended Complaint and for a corresponding continuance of the scheduling conference. *See* Fed. R. Civ. P. 6(b)(1)(A). The Government does not oppose this motion.

On May 4, 2026, the Government filed an Amended Complaint which, among other changes, adds allegations concerning a second governmental investigation into Harvard's Title VI compliance by the Department of Education and seeks to enforce additional requests for information against Harvard. Dkt. 27 ¶¶ 43–65, prayer for relief. Harvard requires time to evaluate the changes and decide how it will respond to the Amended Complaint. That decision will impact the scheduling report to the Court and the issues to be discussed at the scheduling conference. Accordingly, Harvard proposes the following schedule to accommodate the interests of the parties and this Court in the efficient resolution of this action:

1

| Item | Current Date | Proposed Date |
|---|---|---|
| Deadline to respond to Amended Complaint | May 18, 2026 | June 3, 2026 |
| Scheduling conference | May 26, 2026 | June 17, 2026 |

There is good cause for Harvard's request. Under Federal Rule of Civil Procedure 15(a)(3), Harvard's response is due 14 days after service of the Amended Complaint. Harvard seeks a modest extension, to June 3, 2026, which is 30 days after the Amended Complaint was filed. The additional time will allow Harvard to evaluate and prepare a response to the expanded allegations and demanded relief. The requested extension will not prejudice the Government and will promote orderly case management. Harvard also requests that the Court continue the Local Rule 16.1 scheduling conference currently set for May 26, 2026, to June 17, 2026, or to another date convenient for the Court. Continuing the conference until approximately two weeks after Harvard's response deadline will allow the parties to confer with the benefit of Harvard's response and prepare a more useful proposed schedule for submission to the Court. *See* L.R. 16.1.

Counsel for Harvard certify that they conferred with counsel for the Government in good faith regarding this motion. *See* Local Civ. R. 7.1(a)(2). The Government does not oppose the requested extensions.

For the foregoing reasons, Harvard respectfully requests that the Court enter an order:

1. Extending Harvard's deadline to respond to the Amended Complaint to June 3, 2026; and

2. Continuing the Local Rule 16.1 scheduling conference from May 26, 2026, to June 17, 2026, or to another date convenient for the Court.

2

May 8, 2026

Respectfully submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,

/s/ *Steven P. Lehotsky*

Stuart F. Delery*
Helgi C. Walker*
Eric R. Womack*
Eric Brooks*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
sdelery@gibsondunn.com
hwalker@gibsondunn.com
ewomack@gibsondunn.com
ebrooks2@gibsondunn.com

Steven P. Lehotsky (BBO # 655908)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Joshua S. Levy (BBO #563017)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com

*pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the Court's CM/ECF system.


/s/ *Steven P. Lehotsky*
Steven P. Lehotsky