**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | Case No. 1:26-CV-10844-MJJ |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE HEARING**

Defendant hereby moves to continue the hearing scheduled for September 9, 2026 to September 14, 2026, or in the alternative, any date thereafter that is convenient for the Court (with the exception of the observance of Yom Kippur on September 21, 2026). As for the basis of this motion, the undersigned informs the Court that counsel for Defendant has an immovable conflict on September 9, 2026. Plaintiff's counsel has informed the undersigned that they are available on September 14, 2026 and consent to moving the hearing to that date.

Dated: July 22, 2026

Respectfully Submitted,

*/s/ Joshua S. Levy*
Joshua S. Levy (BBO #563017)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
joshua.levy@ropesgray.com

Steven P. Lehotsky (BBO #655908)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700

Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Stuart F. Delery*
Helgi C. Walker*
Eric R. Womack*
Eric Brooks*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
sdelery@gibsondunn.com
hwalker@gibsondunn.com
ewomack@gibsondunn.com
ebrooks2@gibsondunn.com

**Admitted Pro Hac Vice*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Counsel for Harvard certify that they conferred with counsel for the Government in good faith regarding this motion.

*/s/ Joshua S. Levy*
Joshua S. Levy

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua S. Levy*
Joshua S. Levy