UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**United States of America**

**v.**

**President and Fellows of Harvard College (Harvard Corporation)**

**CIVIL ACTION NO. 26-cv-10844-MJJ**

**ORDER OF DISMISSAL**

**JOUN, D.J.**

**In accordance with the Court's Order dated November 2, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**

November 2, 2026

/s/ Sophie Phillips

---------------------------

**Deputy Clerk**